NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY A. HART,                          )
                                        )
        Appellant,                     )
                                        )
v.                                      )         Case No. 2D19-1185
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                      )
_____  )

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D.Sites,
Judge.


PER CURIAM.


      Affirmed.  See Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter

v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Henry v. State, 933 So. 2d 28 (Fla. 2d

DCA 2006); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State,

884 So. 2d 321 (Fla. 2d DCA 2004).


KHOUZAM, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.